IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAM ROCKMORE, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal Action <br><br> No. 06-10115-01-WEB |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about November 9, 2005, in the District of Kansas,

**SAM ROCKMORE,**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Remington, Model 700 BDL, serial number G6418590 which had been transported in interstate commerce.

In violation of Title 18, United States Code, § 922(g)(1) and 924(a)(2).

## COUNT 2

On or about November 9, 2005, in the District of Kansas,

**SAM ROCKMORE,**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Remington, Model 700 BDL, serial number G6450853 which had been transported in interstate commerce.

In violation of Title 18, United States Code, § 922(g)(1) and 924(a)(2).

## COUNT 3

On or about November 9, 2005, in the District of Kansas,

**SAM ROCKMORE,**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Winchester, Model 70 Black Shadow, serial number G2401009 which had been transported in interstate commerce.

In violation of Title 18, United States Code, § 922(g)(1) and 924(a)(2).

A TRUE BILL

_6/27/06_
DATE

_____
FOREMAN OF THE GRAND JURY

_(signature)_
Eric F. Melgren
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 12430

(It is requested that trial be held in Wichita, Kansas.)

Returned in open court this __27th__ day of June, 2006.

_(signature)_ Donald W. Bostwick
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

3