PROB 12C
(D/KS 04/11)

PACTS#21595

# United States District Court

for the

## District of Kansas

### Petition for Warrant or Summons for Offender Under Supervision

Case Number: **1083 6:06CR10115-001**

Name of Offender: **Sam Rockmore**

Name of Sentencing Judicial Officer:    Honorable Wesley E. Brown

Date of Original Sentence:    10/16/2006

Original Offense:    Felon in Possession of a Firearm 918 U.S.C. § 922(g)(1)), a Class C Felony

Original Sentence:    Imprisonment - 57 M
Supervised Release - 24 M

Type of Supervision:    TSR            Date Supervision Commenced:    5/27/2010

Asst. U.S. Attorney:    D. Blair Watson        Defense Attorney:    Cyd Gilman

---

### PETITIONING THE COURT

[ X ]    To issue a warrant
[  ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1: "The defendant shall successfully participate in an approved program for substance abuse, which may include drug/alcohol testing, counseling and inpatient treatment, and share in the costs, based on the ability to pay. The defendant shall abstain from the use of alcohol during said treatment program."** |

The defendant failed to report for drug testing on 02/07/11, 02/17/11, 03/25/11, 03/27/11, 04/02/11, 04/05/11, 04/14/11, 04/16/11, and 04/20/11. The defendant failed to report for substance abuse counseling services on 03/29/11.  Effective 04/30/11, the defendant was terminated from further counseling or drug testing services for failing to participate.

On 02/26/11, 03/07/11, 04/07/11, and 04/09/11, the defendant submitted urine samples, which subsequently confirmed positive for the use of methamphetamine/amphetamine.  Additionally, on 01/29/11, the defendant submitted a urine sample via a hand held test cup device, which produced positive results for methamphetamine.  The defendant made a verbal and written admission stating he had used MDMA (Ecstasy) prior to his drug test.

Prob 12C  -2-  Petition for Warrant or Summons for Offender Under Supervision
Name of Offender: Sam Rockmore   Case Number: 1083 6:06CR10115-001

*For the purposes of applying the provisions of 18 U.S.C. §§ 3565(b)(4) or 3583(g)(4) (mandatory revocation for submitting more than three (3) positive drug tests in a 12 month period), the defendant has submitted five (5) positive samples. If the Court finds that the positive drug test(s) constitutes possession of a controlled substance the Court is required to revoke supervision and impose a sentence that includes a term of imprisonment. 18 U.S.C. 3565(b), 3583(g). The Court shall also consider whether the availability of appropriate substance abuse programs, or the offender's current or past participation in such programs, warrants an exception from the requirement of mandatory revocation and imprisonment under 18 U.S.C. 3565(b), 3583(g). 18 U.S.C. 3563(a), 3583(d). U.S. v Hammonds, 370 F.3d 1032 (10th Cir. 2004).*

2  **Mandatory Condition: "The defendant shall not unlawfully possess a controlled substance."**

The defendant possessed methamphetamine/amphetamine in Sedgwick County, Kansas, a felony punishable by a term of imprisonment exceeding one year, as evidenced by the positive drug tests he submitted for methamphetamine/amphetamine on 01/29/11, 02/26/11, 03/07/11, 04/07/11, and 04/09/11, in violation of K.S.A. 65-4160.

3  **Mandatory Condition: "The defendant shall not commit another federal, state or local crime."**

On 03/14/11, the defendant committed the offense of Driving While Suspended, in violation of K.S.A. 8-262, a Class A Misdemeanor. Evidence in support of this violation are reports submitted in Wichita Police Department, case no. 11TM014679.  During an interview, the defendant admitted to this officer that he had driven a vehicle while knowing his license was suspended.

On 04/11/11, The defendant committed the offense of Driving While Suspended, in violation of K.S.A. 8-262, a Class A Misdemeanor. Evidence in support of this violation are reports submitted in Wichita Police Department, case no. 11TM18473.  During an interview, the defendant admitted to this officer that he had driven a vehicle while knowing his license was suspended.

On 04/18/11, the defendant committed the offense of Driving While Suspended and Possession of Drug Paraphernalia, in violation of K.S.A. 8-262 and K.S.A. 21-36a01. Evidence in support of this violation are reports submitted in Wichita Police Department, case no. 11DR659. During an interview, the defendant admitted to this officer that he had driven a vehicle while knowing his license was suspended, but denied ownership of the drug paraphernalia.

At the time of this writing, there are active warrants in each of the above cases. The bond amount is $1,000 (cash only) on all three cases. The cases remain pending in Wichita Municipal Court.
.

Prob 12C                               -3-                        *Petition for Warrant or Summons*
                                                                     *for Offender Under Supervision*
*Name of Offender: Sam Rockmore*                              *Case Number: 1083 6:06CR10115-001*

U.S. Probation Officer Recommendation:

The term of supervision should be:

[ X ]   Revoked
[ ]     Extended for  year(s), for a total term of  years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 9, 2011

Approved: Steven D. Kohman
Digitally signed by Steven D. Kohman
DN: cn=Steven D. Kohman, o=U.S. Probation, ou, email=steve_kohman@ksp.uscourts.gov, c=US
Date: 2011.05.10 15:10:39 -05'00'

SUSPO

J. Scott Jones
U.S. Probation Officer

### THE COURT ORDERS

[ ]   No Action
[ x ] The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.
[ ]   The Issuance of a Summons
[ ]   Other

s/ Wesley E. Brown

Signature of Judicial Officer

5/12/11

Date

cc: AUSA